<u>**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**</u>

I, Bruce A. Sweet, United States Postal Inspector, being duly sworn, depose and state as follows:

### I.        INTRODUCTION

1.  I have been employed as a Postal Inspector by the United States Postal Inspection Service ("USPIS") since January 2006. I was assigned to the USPIS Prohibited Mill Narcotics Team in Philadelphia, Pennsylvania for approximately two years, and have been assigned to the Prohibited Mail Narcotics/Miscellaneous Crimes Team in Manchester, New Hampshire since December 2012. On these teams, my duties and responsibilities include, but are not limited to, the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service ("USPS").  I have intercepted numerous USPS Priority Mail Express or Priority Mail parcels which were found to have contained controlled substances and/or the proceeds from the sales of controlled substances through the United States Mail.

2.  I have received extensive training in criminal investigations, procedures, and criminal law, and I have assisted senior postal inspectors and other law enforcement agents in numerous criminal investigations and in the execution of search warrants.  I have received training from the USPIS in the investigation of controlled substances and proceeds/payments for controlled substances being transported through the United States Mail.  I have also received asset forfeiture training and have consulted with senior postal inspectors and asset forfeiture specialists.

3.  I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests

for offenses enumerated in Title 21 U.S.C. §841(a)(1), distribution of controlled substances, Title 21 U.S.C. §843(b), use of a communications facility in the commission of narcotics trafficking offenses, Title 21 U.S.C. §846, conspiracy to possess with intent to distribute and distribution of controlled substances and other federal offenses.

4.  The information set forth in this affidavit is based on an investigation other law enforcement agents and I are conducting.  This affidavit does not contain every fact known to me with respect to this investigation.  Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

## II.   GENERAL BACKGROUND CONCERNING THE SHIPMENT OF DRUGS AND DRUG SALE PROCEEDS THROUGH THE UNITED STATES MAILS

5.  Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail primarily utilize Priority Mail Express and Priority Mail because of the speed, reliability, free telephone, and internet package tracking service, as well as the perceived minimal chance of detection. Mailers often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.  Additionally, it is not uncommon to use legitimate names and legitimate addresses that are not, at the time the package is shipped, associated with each other.  Additionally, in the cases where USPS Priority Mail Express and Priority Mail packages containing controlled substances and/or proceeds of controlled substances have displayed a business or company name or used a business address, it not infrequently proves to be a fictitious business or company, or, in certain cases, a legitimate company whose name or address was being used without the knowledge or authorization of that business.

6. Based on my training and experience, I know that narcotics traffickers often send their illegal narcotics through the mail from source states, such as California, Arizona, Texas, Nevada, Washington, and the U.S. Territory of Puerto Rico.  Also, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often make return payments for those narcotics through the mail.  The return payments are mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

## III.      DESCRIPTION OF THE SUBJECT PARCEL

7. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that a USPS Priority Mail parcel displaying printed address information, bearing tracking number 9405536206248168735512, addressed to "KAITLYN SMALL 41 CENTRAL ST HUDSON NH 03051-4207" and bearing a return address of "SARAH FARZAN 13351 SATICOY ST NORTH HOLLYWOOD CA 91605" (herein after the "Subject Parcel"), contains controlled substances.  An image of the Subject Parcel is incorporated herein:



8.  The Subject Parcel is a white cardboard medium flat rate Priority Mail box measuring
    approximately 14" x 12.5" x 3.5," weighs approximately 0 pounds, 13.536 ounces
    and bears $13.72 in U.S. postage.  A review of USPS business records shows the
    postage for the Subject Parcel was paid for via PC Postage (online postage). The
    Subject Parcel received an "accept or pickup" scan from the USPS on January 18,
    2024, in Santa Clarita, CA 91383.

### IV.    INVESTIGATION TO DATE

9.  On Friday, January 19, 2024, during routine review of incoming mail to the
    Manchester, NH area, Postal Inspectors identified the Subject Parcel as a parcel
    originating in a source narcotics area which was destined to New Hampshire. Based
    on my training and experience, as well as through prior seizures made by myself and
    other USPIS Inspectors, I know that the North Hollywood, CA area is a known
    narcotics source area.

10. On Saturday, January 20, 2024, the Subject Parcel arrived at the Nashua, NH
    Processing and Distribution Center (P&DC). On Monday, January 22, 2023, the
    Subject Parcel was transported to the Manchester, NH P&DC. After taking custody of
    the Subject Parcel at the Manchester P&DC on Monday, January 22, 2023, I
    researched the listed sender, return address, recipient, and delivery address.  I
    reviewed USPS database records which indicated that the delivery address on the
    Subject Parcel, 41 Central St. Hudson, NH 03051-4207, is a valid address. A review
    of that address in the law enforcement database CLEAR, which has proven reliable in
    previous investigations, did not return any results for the name "Kaitlyn Small."
    Further, a search of the same name, "Kaitlyn Small" using CLEAR, did not return

any results for that name in the Town of Hudson, NH or in the State of New Hampshire.

11. A review of USPS database records indicates that an individual named "Kaitlyn Bleezarde" has a registered www.usps.com account with the USPS for 41 Central St. Hudson, NH.

12. New Hampshire Department of Motor Vehicles (DMV) records indicate "Kaitlyn Small" of 41 Central St Hudson, NH does have a NH Drivers License. DMV records further indicate "Kaitlyn Bleezarde" is listed as an alias (possible pre-marriage name).

13. A review of USPS database records indicated that the listed return address on the Subject Parcel, 13351 Saticoy St. North Hollywood, CA 91605, is not a valid address. Mail addressed to this address may not be delivered. A check of the law enforcement database CLEAR, did not return results indicating that an individual with the listed sender name "Sarah Farzan," as being associated with the return address. Further, CLEAR did not return any results/names for the Subject Parcel's return address. A further review of the sender name "Sarah Farzan" using the database CLEAR, did not return any results for that name in the City of North Hollywood, CA.

14. Based on my training and experience, I know that individuals who utilize the USPS to ship controlled substances using PC Postage, can type/print the information for the sender and recipient on the parcel's mailing label.  In an attempt to avoid detection by law enforcement, these individuals sometimes use fictitious sender names as well as recipient names that may not be accurate. Also, these individuals may use return addresses that may not be valid in attempts to distance themselves from the contraband in case it is returned. These indicators are present on the Subject Parcel.

### V.     CANINE POSITIVE RESPONSE TO PACKAGE

15.  On Tuesday, January 23, 2024, Inspectors contacted Trooper Berky of the New
Hampshire State Police and requested that he and his drug detection K-9, "Granite,"
review the Subject Parcel for the odor of controlled substances.  Inspectors arranged
to meet Trooper Berky at the U.S. Postal Inspection Service's office at the
Manchester, NH P&DC.  On January 23, 2024, Trooper Berky arrived at the P&DC
with Granite in order to review the Subject Parcel.  Trooper Berky informed
Inspectors that he uses Granite in the detection of controlled substances in different
situations, including within sealed packages shipped through the United States Mail
and other courier services.  Trooper Berky further informed Inspectors that he and
Granite successfully completed the New England State Police Administrator's
Conference canine certification process and that their certification is current.  The
certification process involves a comprehensive test designed to measure the ability of
the dog and the handler in searching for and indicating the presence of illegal drugs.
This certification is administered in different environments with a variety of
distractions and is designed to duplicate actual field conditions that may be
encountered by the canine team.  Trooper Berky advised Inspectors Granite is
certified in the detection of the odors of cocaine and its derivatives, heroin and its
derivatives, and methamphetamines and its derivatives.

16.  On January 23, 2024, the Subject Parcel was examined by certified narcotics
detection K-9 Granite.  The Subject Parcel was individually placed among four (4)
other similar sized parcels, without Trooper Berky or Granite's knowledge of its
location.  Upon examination of the parcels, Trooper Berky advised K-9 Granite had
alerted to a parcel known to me to be the Subject Parcel.

17. Based on my training and experience, I know that in addition to narcotics, packages such as the Subject Parcel often contain other indicia of narcotics trafficking such as bulk currency, money orders, records or "ledgers" relating to the controlled substances and/or records or other documents relating to the identity of the individual(s) who shipped the package(s) or the intended recipient(s) of such packages.

18. The Subject Parcel is presently in the custody of the U.S. Postal Inspection Service located at 955 Goff Falls Rd. Manchester, NH 03103.

**VI.    CONCLUSION**

19. Based on the facts described above, I believe that there is probable cause to believe that the Subject Parcel described above contains controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute and distribution of controlled substances), 843(b) (use of a communication facility in the commission of a controlled substances trafficking offense), and 846 (conspiracy to possess with intent to distribute and distribution of controlled substances).

20.  Accordingly, I respectfully request that this Court issue a search warrant authorizing the search of the Subject Parcel for evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, specifically controlled substances.


/S/ Bruce A. Sweet
BRUCE A. SWEET
UNITED STATES POSTAL INSPECTOR

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date: **Jan 25, 2024**

Time: **1:39 PM, Jan 25, 2024**

HONORABLE ANDREA K. JOHNSTONE
UNITED STATES MAGISTRATE JUDGE